OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

**Kenton R. O'NEIL, Respondent.**

**No. 980 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 22, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of December, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated October 22, 2004, it is hereby

ORDERED that KENTON R. O'NEIL be and he is SUSPENDED from the practice of law for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

**David MacGregor NEIL, Respondent.**

**No. 867 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 22, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of December, 2004, upon consideration of Opinion and Recommendation of the Three Member Panel of the Disciplinary Board dated November 23, 2004, it is hereby

ORDERED that DAVID MacGREGOR NEIL is Suspended from the practice of law in the Commonwealth of Pennsylvania for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.